# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FANTASIA TRADING, LLC D/B/A ANKERDIRECT,<br><br>  Plaintiff,<br><br>v.<br><br>360 ELECTRICAL, LLC,<br><br>  Defendant. | C.A. No. 20-1093-LPS<br><br>**DEMAND FOR JURY TRIAL** |

## UNOPPOSED MOTION AND ORDER FOR EXTENSION OF TIME

WHEREAS Defendant 360 Electrical, LLC ("360 Electrical") has requested to extend its deadline to answer, move, or otherwise respond to the Complaint filed by Plaintiff Fantasia Trading, LLC d/b/a Ankerdirect ("Ankerdirect") by 30 days, until October 13, 2020; and

WHEREAS Ankerdirect does not oppose that request;

NOW THEREFORE, 360 Electrical's deadline to answer, move, or otherwise respond to the Complaint is hereby extended until Tuesday October 13, 2020.

ASHBY & GEDDES

*/s/ John G. Day*
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
amayo@ashbygeddes.com

*Counsel for Plaintiff*

*Of Counsel:*

Richard Martinelli
rmartinelli@orrick.com
Weimin Ning
wning@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, NY 10019-6142
Telephone:     +1 212 506 5000
Facsimile:     +1 212 506 5151

Lillian Mao
lmao@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1015
Telephone:     +1 650 614 7400
Facsimile:     +1 650 614 7401

Yufeng (Ethan) Ma
yma@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
47/F Park Place
1601 Nanjing Road West
Shanghai, 200040
People's Republic of China
Telephone:     +86-21-6109-7108

Dated: September 9, 2020


**SO ORDERED** this _____ day of September, 2020.

_____
Chief Judge