IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FANTASIA TRADING, LLC D/B/A ANKERDIRECT,<br><br>        Plaintiff,<br><br>  v.<br><br>360 ELECTRICAL, LLC,<br><br>        Defendant. | C.A. No. 20-1093-LPS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel, that the above-captioned action against Defendant 360 Electrical, LLC, and the counter claims against Fantasia Trading, LLC, shall be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rule of Civil Procedure and each party shall bear its own attorney's fees and costs.

| ASHBY & GEDDES | RICHARD, LAYTON & FINGER |
|---|---|
| */s/ John G. Day* | */s/ Kelly E. Farnan* |
| John G. Day (#2403)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashbygeddes.com<br>amayo@ashbygeddes.com | Kelly E. Farnan (#4395)<br>Valerie A. Caras (6608)<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>caras@rlf.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: January 19, 2021